

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00053-CR |
| State, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| ROBERT CASTILLO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110C09001) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **September 17, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before September 17, 2016.

IT IS SO ORDERED this 4th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.